DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEVIN KANE,**
Appellant,

v.

**STATE OF FLORIDA DEPARTMENT OF REVENUE** o/b/o **RENATA KANE,**
Appellee.

No. 4D19-3447

[May 7, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; James W. McCann, Judge; L.T. Case No. 2001DR002865.

Chet E. Weinbaum, Fort Pierce, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Toni C. Bernstein, Assistant Attorney General, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN and KLINGENSMITH, JJ., and LEVENSON, JEFFREY R., Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***